1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

8
9
10

| | |
|---|---|
| ROBERT KESSLER, | Cause No. 2:21-cv-671   TLF |
| Plaintiff, | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
| -vs- | NOTE ON MOTIONS CALENDAR: September 9, 2021 |
| W.L.L. LLC and BOVITY MOEUNG, individually, | |
| Defendant. | |

11
12
13
14
15
16
17
18

Plaintiff, Robert Kessler, and all Defendants in this matter by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1).

19
20
21
22

**IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

23

Dated this ___21st___ day of _____September_____, 2021.

24
25

_Theresa L. Fricke_
_____
United States Magistrate Judge

26
27

Joint Stipulation of Dismissal

Enabled Law Group
P.O. Box 4523
Missoula, MT 59806
(406) 493-1084

DATED this 9 day of September, 2021.

Respectfully submitted,

_/s/ M. William Judnich_

M. William Judnich
WSBA #56087
Enabled Law Group
P.O. Box 4523
Missoula, Montana 59806
Telephone: 406-493-1084
Email: MJ@Enabledlawgroup.com

_/s/ Erica Doctor_

Erica Doctor
WSBA # 43208
Vanderberg, Johnson & Gandara
1201 Pacific Ave., Suite 1900
Tacoma, WA 98401
edoctor@vjglaw.com
Attorney for Defendant W.L.L. LLC

Joint Stipulation of Dismissal